## Provident Consumer Discount Company *v.* Yanni, Appellant.

736

Submitted September 17, 1974. *Natale F. Carabello, Jr.,* for appellant; *Sheldon C. Jelin,* and *Wollman, Tracey & Schlesinger,* for appellee.

Order affirmed on the opinion of the court below.